PER CURIAM.

(No. 74-CC-28—Claimant )

HELEN E. HUGHES, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed September 5, 1973.*

HELEN E. HUGHES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.